BENJAMIN F. HENDRICKS, Appellant, *v.* NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Respondent.

(Submitted September 30, 1929; decided October 8, 1929.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 251 N. Y. 297.)

WILLIAM J. THAYER, Respondent, *v.* ALLIE McMANUS et al., Appellants.

(Argued September 30, 1929; decided October 8, 1929.)

*Orange L. Van Horne* for motion.

*James J. Byard, Jr.,* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.